Summons in a Civil Action (Rev 11/97)

# United States District Court L E D

## SOUTHERN DISTRICT OF CALIFORNIA

LOUIS AND SILVIA MARTINEZ, *on behalf of themselves and all others similarly situated,*

vs

FIDELITY NATIONAL FINANCIAL, INC., FIDELITY NATIONAL TITLE INSURANCE COMPANY, TICOR TITLE INSURANCE COMPANY, TICOR TITLE INSURANCE COMPANY OF FLORIDA, (list continues on Attachment A)

08 MAR 18 AM 11: 39

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

## SUMMONS IN A CIVIL ACTION

Case No.:
08 CV 0499 L WMc

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

JOHN L. HAEUSSLER, ESQ.
BARRACK, RODOS and BACINE
402 W. BROADWAY, SUITE 850
SAN DIEGO, CA 92101

An answer to the complaint which is herewith served upon you, within _20_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

MAR 18 2008

CLERK

DATE

By  C. PUTMANN  Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

**ATTACHMENT A**
**to Summons**

**Defendants**

CHICAGO TITLE INSURANCE COMPANY, NATIONAL TITLE INSURANCE OF NEW
YORK, INC., SECURITY UNION TITLE INSURANCE COMPANY, THE FIRST
AMERICAN CORPORATION, FIRST AMERICAN TITLE INSURANCE COMPANY,
UNITED GENERAL TITLE INSURANCE COMPANY, LANDAMERICA FINANCIAL
GROUP, INC., COMMONWEALTH LAND TITLE INSURANCE COMPANY, LAWYERS
TITLE INSURANCE CORPORATION, TRANSNATION TITLE INSURANCE COMPANY,
STEWART TITLE GUARANTY COMPANY and STEWART TITLE INSURANCE
COMPANY