# WEXLER | TORISEVA | WALLACE

Limited Liability Partnership
Chicago, IL • Wheeling, WV • Sacramento, CA

FILED
MAY 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

April 17, 2008

08cv499 L {WMC}

*Via Federal Express*

Jeffrey Lüthi
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20002

    Re:    *In re: Title Insurance RESPA and Antitrust Litigation*
            MDL Docket No. 1951

            *Peter Miley v. Fidelity National Title Insurance, Co., et al.*
            Civil No. Civ. No. 08 CV 1547 (S.D.N.Y.), Judge Kenneth M. Karas,
            Filed February 14, 2008

Dear Mr. Lüthi:

In connection with the above-referenced matter, enclosed are an original and four copies of the following documents for filing:

    1.    Notice of Appearance of Edward A. Wallace for Plaintiff Peter Miley;

    2.    Joinder of Plaintiff Peter Miley in Support of Plaintiffs Gerry Galiano, Gary Kromer, Monique Kromer, Joseph Ammarati, Michelle Ammarati, and Susan M. Marotta's Motion for Transfer of Actions to the Southern District of New York Pursuant to 28 U.S.C. §1407 for Coordinated or Consolidated Pretrial Proceedings; and

    3.    Certificate of Service.

Also, enclosed is a disc containing copies of these documents. Please file the original documents and return a file stamped copy in the enclosed envelope.

---

Contact Information:

Edward A. Wallace
(312) 589-6272 Direct Dial
(312) 589-6273 Direct Fax
eaw@wtwlaw.com

55 West Monroe Street
Suite 3300
Chicago, IL 60603

(312) 346-2222
(312) 346-0022 fax
www.wtwlaw.com

# WEXLER | TORISEVA | WALLACE

Jeffrey Lüthi
Clerk of the Panel
April 17, 2008
Page 2

Feel free to contact me with any questions. Thank you for your attention to this matter.

Very truly yours,

Edward A. Wallace

EAW/lmv
Enclosures

cc:    All Parties of Record

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

TO:   Judicial Panel on Multidistrict Litigation
      Thurgood Marshall Federal Judiciary Bldg.
      One Columbus Circle, N.E., Room G-255
      Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time)   April 4, 2008
Panel Fax No.: (202) 502-2888

MDL No. 1951-- IN RE: Title Insurance Real Estate Settlement Procedures Act (RESPA) and Antitrust Litigation

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**

Peter Miley, Plaintiff

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

Peter Miley v. Fidelity National Title Insurance, Co., Chicago Title Insurant Co., Ticor Title Insurance Co., Fidelity National Finance, Inc., First American Title Insurance Co. of New York, United General Title Insurance Co., First American Corp., Commonwealth Land Title Insurance Co., Lawyers Title Insurance Corp., LandAmerica Financial Group, Inc., Stewart Title Insurance Co., Monroe Title Insurance Corp., Stewart Information Service Corp., and Title Insurance Rate Service Association, Inc.
Civ. No. 08 CV 1547, Southern District of New York, filed February 14, 2008.

*********************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| April 17, 2008 | [signature] |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:**

Edward A. Wallace
Wexler Toriseva Wallace LLP
55 W. Monroe St. Suite 3300
Chicago, IL 60603

Telephone No.: 312-346-2222         Fax No.: 312-346-0022

Email Address: eaw@wtwlaw.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE

JPML Form 18

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re TITLE INSURANCE RESPA and ANTITRUST LITIGATION : : : : | MDL Docket No. 1951 |

### JOINDER OF PLAINTIFF PETER MILEY IN SUPPORT OF PLAINTIFFS GERRY GALIANO, GARY KROMER, MONIQUE KROMER, JOSEPH AMMARATI, MICHELLE AMMARATI, AND SUSAN MAROTTA'S MOTION FOR TRANSFER OF ACTIONS TO THE SOUTHERN DISTRICT OF NEW YORK PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS

Plaintiff Peter Miley ("Plaintiff") filed his putative class action, *Peter Miley v. Fidelity National Title Insurance, Co., Chicago Title Insurant Co., Ticor Title Insurance Co., Fidelity National Finance, Inc., First American Title Insurance Co. of New York, United General Title Insurance Co., First American Corp., Commonwealth Land Title Insurance Co., Lawyers Title Insurance Corp., LandAmerica Financial Group, Inc., Stewart Title Insurance Co., Monroe Title Insurance Corp., Stewart Information Service Corp., and Title Insurance Rate Service Association, Inc.*, Civ. No. 08 CV 1547, in the Southern District of New York on February 14, 2008. Plaintiff's action is pending before Judge Kenneth M. Karas, and is subject to transfer and coordination or consolidation under 28 U.S.C. § 1407.

Plaintiff submits this Joinder in Support of Plaintiffs Gerry Galiano, Gary Kromer, Monique Kromer, Joseph Ammarati, Michelle Ammarati, and Susan M. Marotta's Motion for Transfer of Actions to the Southern District of New York Pursuant to 28 U.S.C. §1407 for Coordinated or Consolidated Pretrial Proceedings ("the Galiano Motion"), filed with the Judicial Panel on Multidistrict Litigation on March 25, 2008. Plaintiff agrees with the Galiano Motion that transfer of all of these actions to a single forum for coordinated or consolidated pretrial proceedings will promote judicial economy, and will best serve the convenience of the parties and witnesses. Plaintiff further agrees that the Southern District of New York is the most appropriate and convenient forum for this litigation. Accordingly, for the reasons set forth in the Galiano Motion, Plaintiff joins in the request that the Panel transfer this action and all related actions included in this proceeding to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 1407.

Dated: April 17, 2008.                    Respectfully submitted,

                                          **WEXLER TORISEVA WALLACE LLP**

                                          By: _____

                                          KENNETH A. WEXLER
                                          EDWARD A. WALLACE
                                          AMBER M. NESBITT
                                          55 West Monroe Street, Suite 3300
                                          Chicago, Illinois 60603
                                          Telephone: (312) 346-2222
                                          Facsimile: (312) 346-0022

                                          **SQUITIERI & FEARON, LLP**
                                             Lee Squitieri
                                             32 East 57th Street, 12th Floor
                                             New York, New York 10022
                                             Tel: (212) 421-6492

                                          Attorneys for *Plaintiff Peter Miley*

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: TITLE INSURANCE RESPA AND ANTITRUST LITIGATION | MDL Docket No. 1951 |

CERTIFICATE OF SERVICE

I, Amber M. Nesbitt, of Wexler Toriseva Wallace LLP, one of the attorneys representing Plaintiff Peter Miley hereby certify that on April 17, 2008, I caused copies of the following documents to be served by United States First Class Mail on the persons identified on the attached Service List.

1. Joinder of Plaintiff Peter Miley in Support of Plaintiffs Gerry Galiano, Gary Kromer, Monique Kromer, Joseph Ammarati, Michelle Ammarati, and Susan Marotta's Motion for Transfer of Actions to the Southern District of New York Pursuant to 28 U.S.C. §1407 for Coordinated or Consolidated Pretrial Proceedings; and

2. Notice of Appearance of Edward A. Wallace.

Dated: April 17, 2008

_____
Amber M. Nesbitt
Wexler Toriseva Wallace LLP
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
(312) 346-2222 – Telephone
(312) 346-0022 – Facsimile
amn@wtwlaw.com

## SERVICE LIST

*In re: Title Insurance (RESPA) and Antitrust Litigation*
MDL No. 1951

Barry Ostrager
Kevin Arquit
Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

David Foster
George Gasper
Fulbright & Jaworski LLP
Market Square
801 Pennsylvania Avenue, NW
Washington, DC 20004

Mark Robertson
Fulbright & Jaworski LLP
666 Fifth Avenue
New York, NY 10103

Gerard Kelly
Michael Doss
Sidley Austin LLP
One S. Dearborn Street
Chicago, IL 60603

Samuel Miller
Sidley Austin LLP
555 California Street
San Francisco, CA 94104

Phillip Stano
Nicholas Christakos
James McGibbon
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue NW
Washington, DC 20004

Charles Locke
David Langlois
Sutherland Asbill & Brennan LP
1114 Avenue of the Americas, 40th Floor
New York, NY 10036

John Herfort
James Hallowell
Daniel Chirlin
Oliver Olanoff
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 47th Floor
New York, NY 10166

Joel Meredith
Steven Greenfogel
Daniel Allanoff
Bruce Cohen
Meredith Cohen Greenfogel & Skirnick
1521 Locust Street, 8th Floor
Philadelphia, PA 19102

James Serota
Kenneth Lapatine
Stephen Saxl
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166

Steve Berman
Anthony Shapiro
Thomas Loeser
Hagens Berman Sobol Shapiro, LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

Antonio Vozzolo
Faruqi & Faruqi, LLP
369 Lexington Avenue, 10th Floor
New York, NY 10017

Christopher Gray
Law Office of Christopher J. Gray, PC
460 Park Avenue, 21st Floor
New York, NY 10022

Louis F. Burke
Leslie Wybiral
Louis F. Burke, P.C.
460 Park Avenue, 21st Floor
New York, NY 10022

Joseph Tusa
Paul Whalen
Whalen & Tusa, P.C.
33 W. 19th Street, 4th Floor
New York, NY 10011

David Krauss
Krauss Law Firm
111 John Street, Suite 800
New York, NY 10038

Eugene Spector
Jeffrey Kodroff
Jeffrey Corrigan
William Caldes
Jonathan Jagher
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103

Gregory Arenson
Robert Kaplan
Jason Zweig
Kaplan, Fox & Kilsheimer LLP
805 Third Avenue, 22nd Floor
New York, NY 10022

Jonathan Levine
Daniel Girard
Elizabeth Pritzker
Girard Gibbs LLP
601 California Street, 14th Floor
San Francisco, CA 94108

Harry Rothenberg
Law Firm of Allen L. Rothenberg
450 Seventh Avenue, 11th Floor
New York, NY 10123

Gordon Schnell
Jean Kim
Gerard Britton
Constantine Cannon LLP
450 Lexington Avenue, 17th Floor
New York, NY 10017

Jeffrey Keller
Denise Diaz
Kathleen Scanlan
Keller Grover LLP
425 Second Avenue, Suite 500
San Francisco, CA 94107

Marvin Miller
Miller Law LLC
115 S. LaSalle Street, Suite 2910
Chicago, IL 60603

Roger Bernstein
Bernstein Nackman & Feinberg LLP
233 Broadway, Suite 2701
New York, NY 10279

Natalie Finkelman
Shepard Finkelman Miller & Shah, LLC
35 E. State Street
Media, PA 19063

Jayne Goldstein
Mager & Goldstein LLP
1640 Town Center Circle, Suite 216
Weston, FL 33326

J. Richards
Michael Buchman
Pomerantz Haudek Block Grossman
   & Gross LLP
100 Park Avenue, 26th Floor
New York, NY 10017

Hollis Salzman
Morissa Falk
Labaton Sucharow LLP
140 Broadway
New York, NY 10005

Alice McInerney
Daniel Hume
David Bishop
David Kovel
Kirby McInerney LLP
830 Third Avenue
New York, NY  10022

Anthony Bolognese
Joshua Grabar
Bolognese & Associates, LLC
Two Penn Center Plaza
1500 JFK Boulevard, Suite 320
Philadelphia, PA  19102

Ira Richards
Trujillo Rodriguez & Richards, LLC
1717 Arch Street, Suite 3838
Philadelphia, PA  19103

Kenneth Gilman
Daniel D'Angelo
Gilman and Pastor, LLP
225 Franklin Street, 16th Floor
Boston, MA  02110

Peter Lagorio
Law Office of Peter A. Lagorio
63 Atlantic Avenue
Boston, MA  02110

Timothy Warzecha
Law Offices of Timothy J. Warzecha
719 Second Avenue, Suite 104
Seattle, WA  98104

Douglas Millen
William London
Freed Kanner London & Millen LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL  60015

Reed Kathrein
Jeff Friedman
Hagens Berman Sobol Shapiro LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710

Michael Roberts
Attorney At Law
20 Rahling Circle
Little Rock, AR  72223

Bryan McMinn
Attorney at Law
222 W. Comstock Avenue
Winter Park, FL  32789

Alan Plutnik
Schiffrin Barroway Topaz & Kessler LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, CA  94598

Casandra Murphy
Edward Ciolko
Joseph Meltzer
Katherine Bornstein
Terence Ziegler
Schiffrin Barroway Topaz & Kessler LLP
280 King of Prussia
Radnor, PA  19087

Christopher Kim
Lisa Yang
Lim Ruger and Kim LLP
1055 W. Seventh Street, Suite 2800
Los Angeles, CA  90017

George Ridge
Richard Lantinberg
Tiffiny Safi
Cooper, Ridge & Lantinberg, P.A.
Baywater Square Building
136 E. Bay Street, Suite 301
Jacksonville, FL  32202

Allyn Lite
Jennifer Sarnelli
Mayra Tarantino
Lite DePalma Greenberg & Rivas, LLC
Two Gateway Center, 12th Floor
Newark, NJ  07102

3

David McLafferty
McLafferty & Associates
923 Fayette Street
Conshohocken, PA 19428

Garrett Blanchfield
Reinhardt Wendorf & Blanchfield
E-1250 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101

John Murdock
Jeffrey Goldenberg
Murdock Goldenberg Schneider
  & Groh, L.P.A.
35 E. Seventh Street, Suite 600
Cincinnati, OH 45202

Martin Grossman
Attorney at Law
2121 Green Brier Drive
Villanova, PA 19085

Lisa Rodriguez
Trujillo Rodriguez & Richards LLC
8 Kings Highway West
Haddonfield, NJ 08033

Stephen Basser
John Haeussler
Barrack, Rodos & Bacine
402 W. Broadway, Suite 850
San Diego, CA 92101

Daniel Bacine
Mark Rosen
Jeffrey Gittleman
Barrack, Rodos & Bacine
49 Bridge Street
Lambertville, NJ 08530

Gerald Rodos
Barrack, Rodos & Bacine
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103

Mark Edelson
Edelson & Associates LLC
45 W. Court Street
Doylestown, PA 18901

Daniel Karon
Goldman Scarlato & Karon, P.C.
55 Public Square, Suite 1500
Cleveland, OH 44113

Martin Wein
Law Offices of Martin A. Wein
65-12 69th Place
Middle Village, NY 11379

Richard Hagstrom
Zelle, Hofmann, Voelbel, Mason
  & Gette LLP
500 Washington Avenue S., Suite 4000
Minneapolis, MN 55415

Richard Cohen
Barbara Hart
Peter St. Phillip
Scott Papp
Lowey Dannenberg Cohen & Hart, P.C.
One N. Broadway, Suite 509
White Plains, NY 10601

Joseph Tabacco
Todd Seaver
Berman DeValerio Pease Tabacco
  Burt & Pucillo
425 California Street, Suite 2100
San Francisco, CA 94104

Lee Squiteri
Squitieri & Fearon, LLP
32 E. 57th Street, 12th Floor
New York, NY 10022

Brian Kopp
Betras, Maruca, Kopp & Harshman, LLC
6630 Seville Drive
Canfield, OH 44406

4

Lee Albert
Andrew Mackerer
Mager & Goldstein LLP
1818 Market Street, Suite 3710
Philadelphia, PA  19103

Dianne Nast
Daniel Gallucci
Rodanast, P.C.
801 Estelle Drive
Lancaster, PA  17601

Tobias Millrod
Pogust Braslow & Millrod, LLC
8 Tower Bridge, Suite 1520
161 Washington Street
Conshohocken, PA  19428

H. Montague
Peter Kohn
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19103

Ann White
Law Offices of Anne D. White
165 Township Line Road, Suite 2400
Jenkintown, PA  19046

Krishna Narine
Law Office of Krishna B. Narine, P.C.
2600 Philmont Avenue, Suite 324
Huntingdon Valley, PA  19006

Isaac Diel
Sharp McQueen P.A.
Financial Plaza
6900 College Boulevard, Suite 285
Overland Park, KS  66211

Scot Doyen
Doyen Sebesta, Ltd., LLP
1010 Lamar Street, Suite 950
Houston, TX  77002

Kirk Smith
Shepherd, Smith & Edwards LLP
1010 Lamar, Suite 900
Houston, TX  77002

Carl Frankovitch
Frankovitch, Anetakis, Colantonio & Simon
337 Penco Road
Weirton, WV  26062

Vincent J. Esades
Barbara J. Felt
Heins Mills & Olson, P.L.L.C.
310 Clifton Avenue
Minneapolis, MN  55403

Arkansas Eastern District Court
A 149 Richard Sheppard Arnold
United States Courthouse
600 W. Capitol Avenue
Little Rock, AR  72201

California Northern District Court
Phillip Burton United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA  94102-3434

California Central District Court
G-8 United States Courthouse
312 N. Spring Street
Los Angeles, CA  90012-4701

California Southern District Court
4290 Edward J. Schwartz Federal Building
880 Front Street
San Diego, CA  92101

Florida Middle District Court
United States Courthouse, Suite 200
401 W. Central Boulevard
Orlando, FL  32801

Massachusetts District Court
John J. Moakley United States Courthouse
One Courthouse Way, Suite 2300
Boston, MA  02210-3002

New Jersey District Court
4015 Martin Luther King, Jr. Federal
    Building and U.S. Courthouse
50 Walnut Street
Newark, NJ  07102

New York Eastern District Court
118S United States Courthouse
225 Cadman Plaza East
Brooklyn, NY  11201-1818

New York Southern District Court
120 Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY  10007-1312

Ohio Northern District Court
Carl B. Stokes United States Court House
801 W. Superior Avenue
Cleveland, OH  44113

Pennsylvania Eastern District Court
2609 James A. Byrne
United States Courthouse
601 Market Street
Philadelphia, PA  19106-1797

Texas Eastern District Court
106 William M. Steger Federal Building and
United States Courthouse
211 W. Ferguson Street
Tyler, TX  75702

Washington Western District Court
United States Courthouse
700 Stewart Street
Seattle, WA  98101-1271

West Virginia Southern District Court
2400 Robert C. Byrd
United States Courthouse
300 Virginia Street, E.
Charleston, WV  25301