```
 1  BARRACK, RODOS & BACINE
    STEPHEN R. BASSER (121590)
 2  sbasser@barrack.com
    JOHN L. HAEUSSLER (215044)
 3  jhaeussler@barrack.com
    One America Plaza
 4  600 West Broadway, Suite 900
    San Diego, CA  92101
 5  Telephone:  (619) 230-0800
    Facsimile:   (619) 230-1874
 6
    [Additional counsel listed on signature page]
 7
    Attorneys for Plaintiffs
 8
 9
                     UNITED STATES DISTRICT COURT
10
                    SOUTHERN DISTRICT OF CALIFORNIA
11
12
13  LOUIS AND SILVIA MARTINEZ, on    )  Case No.: 08-cv-00499-L-WMC
    behalf of themselves and all other similarly )
    situated,                        )
14                                   )
                 Plaintiffs,         )  NOTICE OF CHANGE OF ADDRESS
15                                   )
           vs.                       )
16                                   )
    FIDELITY NATIONAL FINANCIAL,     )
17  INC., FIDELITY NATIONAL TITLE    )
    INSURANCE COMPANY, TICOR TITLE   )
18  INSURANCE COMPANY, TICOR TITLE   )
    INSURANCE COMPANY OF FLORIDA,    )
19  CHICAGO TITLE INSURANCE          )
    COMPANY, NATIONAL TITLE          )
20  INSURANCE OF NEW YORK, INC.,     )
    SECURITY UNION TITLE INSURANCE   )
21  COMPANY, THE FIRST AMERICAN      )
    CORPORATION, FIRST AMERICAN      )
22  TITLE INSURANCE COMPANY,         )
    UNITED GENERAL TITLE INSURANCE   )
23  COMPANY, LANDAMERICA             )
    FINANCIAL GROUP, INC.,           )
24  COMMONWEALTH LAND TITLE          )
    INSURANCE COMPANY, LAWYERS       )
25  TITLE INSURANCE CORPORATION,     )
    TRANSNATION TITLE INSURANCE      )
26  COMPANY, STEWART TITLE           )
    GUARANTY COMPANY and STEWART     )
27  TITLE INSURANCE COMPANY          )
                                     )
28           Defendants.             )
```

1  PLEASE TAKE NOTICE that effective July 12, 2008, Barrack, Rodos & Bacine has
2  relocated its San Diego office to the following address:

3  Barrack, Rodos & Bacine
   One America Plaza
4  600 West Broadway, Suite 900
   San Diego, CA 92101
5
   The firm's telephone, fax number and e-mail addresses remain the same.
6

7  DATED: July 16, 2008                    BARRACK, RODOS & BACINE
                                           STEPHEN R. BASSER
8                                          JOHN L. HAEUSSLER

9

10                                         _____
                                           JOHN L. HAEUSSLER
11
                                           One America Plaza
12                                         600 West Broadway, Suite 900
                                           San Diego, CA  92101
13                                         Telephone:  (619) 230-0800
                                           Facsimile:   (619) 230-1874
14
                                           BARRACK, RODOS & BACINE
15                                         GERALD J. RODOS
                                           JEFFREY GITTLEMAN
16                                         3300 Two Commerce Square
                                           2001 Market Street
17                                         Philadelphia, PA  19103
                                           Telephone:  (215) 963-0600
18                                         Facsimile:  (215) 963-0838

19                                         Attorneys for Plaintiffs Louis and Silvia
                                           Martinez
20

21

22

23

24

25

26

27

28

NOT. OF CHANGE OF ADDRESS
Case No.: 08-cv-00499-L-WMC

# CERTIFICATE OF SERVICE

*Martinez v. Fidelity, et al.*
Case No.: 08-cv-00499-L-WMC

 I, the undersigned, state that I am employed in the City and County of San Diego, State of California; that I am over the age of eighteen (18) years and not a party to the within action; that I am employed at Barrack, Rodos & Bacine, One America Plaza, 600 West Broadway, Suite 900, San Diego, California 92101; and that on July 16, 2008, I served a true copy of the attached:

## NOTICE OF CHANGE OF ADDRESS

to the parties listed on the attached Service List by the following means of service:

☒ **BY E-FILE:** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Service List.

☐ **BY E-MAIL**: I e-mailed a true copy addressed as indicated in the attached Service List, on the above-mentioned date.

☒ **BY MAIL**: I placed a true copy in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business and there is a regular communication by mail between the place of mailing and the place so addressed.

☐ **BY FEDERAL EXPRESS:** I placed a true copy in a sealed envelope and addressed to the parties listed on the attached Service List, on the above-mentioned date. It was deposited with Federal Express on that same day in the ordinary course of business and there is a regular communication via Federal Express between the place of mailing and the place so addressed.

 I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 16th day of July, 2008.

*[signature]*
KRISTIN A. ISBELL

<u>**SERVICE LIST**</u>
<u>**California Title Insurance**</u>

<u>**Attorneys for Defendants THE FIRST AMERICAN CORPORATION, FIRST AMERICAN TITLE INSURANCE COMPANY, and UNITED GENERAL TITLE INSURANCE COMPANY**</u>

James I. Serota (serotaj@gtlaw.com)
Kenneth Lapatine (lapatinek@gtlaw.com)
Stephen L. Saxl (saxls@gtlaw.com)
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

<u>**Attorneys for Defendant NATIONAL TITLE INSURANCE OF NEW YORK, INC**</u>

Margaret A. Keane (mkeane@dl.com)
DEWEY & LEBOEUF LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111
Telephone: (415) 951-1100
Facsimile: (415)951-1180

<u>**Defendants**</u>

Fidelity National Financial, Inc.
c/o CT Corporation System
818 West Seventh St.
Los Angeles, CA 90017

Fidelity National Title Insurance Company
c/o CT Corporation System
818 West Seventh St.
Los Angeles, CA 90017

Ticor Title Insurance Company
c/o CT Corporation System
818 West Seventh St.
Los Angeles, CA 90017

Ticor Title Insurance Company of Florida
c/o CT Corporation System
818 West Seventh St.
Los Angeles, CA 90017

Chicago Title Insurance Company
c/o CT Corporation System
818 West Seventh St.
Los Angeles, CA 90017

Security Union Title Insurance Company
c/o CT Corporation System
818 West Seventh St.
Los Angeles, CA 90017

Landamerica Financial Group, Inc.
5600 Cox Road
Glen Allen, VA 23060

Commonwealth Land Title Insurance Corp.
c/o Capital Corporate Services, Inc.
455 Capitol Mall, Suite 217
Sacramento, CA 95814

Lawyers Title Insurance Corporation
c/o Capital Corporate Services, Inc.
455 Capitol Mall, Suite 217
Sacramento, CA 95814

Transnation Title Insurance Company
c/o Capital Corporate Services, Inc.
455 Capitol Mall, Suite 217
Sacramento, CA 95814

Stewart Title Guaranty Company
c/o Geri Kaye
1101 Civic Drive
Walnut Creek, CA 94596

Stewart Title Insurance Company
c/o Geri Kaye
1101 Civic Drive
Walnut Creek, CA 94596