1  BARRACK, RODOS & BACINE
   STEPHEN R. BASSER (121590)
2  sbasser@barrack.com
   JOHN L. HAEUSSLER (215044)
3  jhaeussler@barrack.com
   One America Plaza
4  600 West Broadway, Suite 900
   San Diego, CA 92101
5  Telephone: (619) 230-0800
   Facsimile:  (619) 230-1874
6
   Attorneys for Plaintiffs
7

8

9                    UNITED STATES DISTRICT COURT

10                   SOUTHERN DISTRICT OF CALIFORNIA

11

| | | |
|---|---|---|
| 12 | LOUIS AND SILVIA MARTINEZ, on behalf of themselves and all other similarly situated, | ) Case No.: 08-cv-00499-L-WMC<br>)<br>) |
| 13 | | ) |
| 14 | Plaintiffs, | ) PLAINTIFFS' UNOPPOSED *EX PARTE*<br>) APPLICATION FOR AN ORDER |
| 15 | vs. | ) SHORTENING TIME FOR NOTICE OF<br>) HEARING ON PLAINTIFFS' |
| 16 | FIDELITY NATIONAL FINANCIAL, INC., FIDELITY NATIONAL TITLE INSURANCE COMPANY, TICOR TITLE INSURANCE COMPANY, TICOR TITLE INSURANCE COMPANY OF FLORIDA, CHICAGO TITLE INSURANCE COMPANY, NATIONAL TITLE INSURANCE OF NEW YORK, INC., SECURITY UNION TITLE INSURANCE COMPANY, THE FIRST AMERICAN CORPORATION, FIRST AMERICAN TITLE INSURANCE COMPANY, UNITED GENERAL TITLE INSURANCE COMPANY, LANDAMERICA FINANCIAL GROUP, INC., COMMONWEALTH LAND TITLE INSURANCE COMPANY, LAWYERS TITLE INSURANCE CORPORATION, TRANSNATION TITLE INSURANCE COMPANY, STEWART TITLE GUARANTY COMPANY and STEWART TITLE INSURANCE COMPANY | ) UNOPPOSED MOTION AND<br>) MEMORANDUM OF POINTS AND<br>) AUTHORITIES TO TRANSFER VENUE |
| 17 | | ) |
| 18 | | ) |
| 19 | | ) |
| 20 | | ) |
| 21 | | ) |
| 22 | | ) |
| 23 | | ) |
| 24 | | ) Date:     Sept. 2, 2008 |
| 25 | | ) Time:     8:30a.m.<br>) Location: Courtroom 14, 5th Floor |
| 26 | | ) Judge:    Honorable M. James Lorenz |
| 27 | | ) ORAL ARGUMENT NOT REQUIRED |
| 28 | Defendants. | ) |

PLS.' UNOPPOSED *EX PARTE* APPL. FOR AN ORDER SHORTENING TIME FOR NOT. OF HEARING
Case No.: 08-cv-00499-L-WMC

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

2  PLEASE TAKE NOTICE that Plaintiffs Louis and Silvia Martinez will and hereby do move the Court to shorten the time for the hearing on Plaintiffs' Unopposed Motion and Memorandum of Points and Authorities to Transfer Venue.

Local Civil Rule 7.1(e) provides for a minimum filing date of 28 calendar days prior to the Monday for which any matter is to be noticed, unless the court otherwise shortens time. L.R. 7.1(e). Plaintiffs respectfully request that the Court enter an order shortening time to allow Plaintiffs' motion to be heard more promptly. Plaintiffs' motion is to transfer venue to the Northern District of California where this action can be consolidated with other related actions pending there. Defendants do not oppose the transfer motion and thus there can be no prejudice in shortening time for notice of the hearing. *See* Declaration of John L. Haeussler in Support of Unopposed Motion to Transfer Venue. In fact, if the Court finds the transfer motion appropriate, it could rule on it without the need for a hearing whatsoever.[1]

Plaintiffs' have notified Anastasia Angelova, Esq., of the law firm of Greenberg Traurig, LLP, of their intention to file the instant *ex parte* application. Ms. Angelova has represented she is authorized to speak for all defendants concerning defendants' non-opposition to the instant application, and has indicated defendants do not oppose this application.

///
///
///
///
///
///
///

---

[1] This Court has rescheduled a hearing pursuant to the Fed. R. Civ. P. 4(m) for August 25, 2008 at 10:30 a.m. As explained in Plaintiffs' Unopposed Motion to Transfer Venue, plaintiffs have waited for the decision of the Multidistrict Litigation Panel and, subsequently, the determination of the consolidation motion before Judge White in the Northern District of California before proceeding with further action in this case. Transfer of the action to the Northern District may moot the need for the scheduled August 25 Fed. R. Civ. P. 4(m) hearing.

1     Plaintiffs' therefore respectfully request that the court enter an Order Shortening Time to allow the setting of the hearing for the unopposed motion to transfer venue on or before September 2 at 10:30 a.m.

DATED: August 7, 2008

BARRACK, RODOS & BACINE
STEPHEN R. BASSER
JOHN L. HAEUSSLER

      /s/ John L. Haeussler
JOHN L. HAEUSSLER

One America Plaza
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874

BARRACK, RODOS & BACINE
GERALD J. RODOS
JEFFREY GITTLEMAN
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
Facsimile: (215) 963-0838

Attorneys for Plaintiffs Louis and Silvia Martinez

**CERTIFICATE OF SERVICE**

*Martinez v. Fidelity, et al.*
Case No.: 08-cv-00499-L-WMC

I, the undersigned, state that I am employed in the City and County of San Diego, State of California; that I am over the age of eighteen (18) years and not a party to the within action; that I am employed at Barrack, Rodos & Bacine, One America Plaza, 600 West Broadway, Suite 900, San Diego, California 92101; and that on August 7, 2008, I served true copies of the attached:

> PLAINTIFFS' UNOPPOSED *EX PARTE* APPLICATION FOR AN ORDER SHORTENING TIME FOR NOTICE OF HEARING ON PLAINTIFFS' UNOPPOSED MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES TO TRANSFER VENUE
>
> [PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION FOR AN ORDER SHORTENING TIME FOR HEARING ON PLAINTIFFS' MOTION TO TRANSFER VENUE

to the parties listed on the attached Service List by the following means of service:

☒ **BY E-FILE:** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing documents or papers via the United States Postal Service to the non-CM/ECF participants indicated on the attached Service List.

☒ **BY E-MAIL**: I e-mailed a true copy addressed as indicated in the attached Service List, on the above-mentioned date.

☒ **BY MAIL**: I placed true copies in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business and there is a regular communication by mail between the place of mailing and the place so addressed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 7th day of August, 2008.

/s/ Cindy Orihuela
CINDY ORIHUELA

**SERVICE LIST**
**California Title Insurance**

**Attorneys for Defendants THE FIRST AMERICAN CORPORATION, FIRST AMERICAN TITLE INSURANCE COMPANY, and UNITED GENERAL TITLE INSURANCE COMPANY**

James I. Serota, Esq. (serotaj@gtlaw.com)
Kenneth Lapatine, Esq. (lapatinek@gtlaw.com)
Stephen L. Saxl, Esq. (saxls@gtlaw.com)
Anastasia Angelova, Esq. (angelovaa@gtlaw.com)
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

**Attorney for Defendants FIDELITY NATIONAL FINANCIAL, INC., FIDELITY NATIONAL TITLE INSURANCE COMPANY, TICOR TITLE INSURANCE COMPANY, TICOR TITLE INSURANCE COMPANY OF FLORIDA, CHICAGO TITLE INSURANCE COMPANY AND SECURITY UNION TITLE INSURANCE COMPANY**

Bryan Sullivan, Esq. (bsullivan@chrisglase.com)
CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, CA 90067
Telephone: (310) 556-7819
Facsimile: (310) 556-2920

**Attorney for Defendants LANDAMERICA FINANCIAL GROUP, INC., COMMONWEALTH LAND TITLE INSURANCE CORP., LAWYERS TITLE INSURANCE CORPORATION AND TRANSNATION TITLE INSURANCE COMPANY**

Philip E. Stano, Esq. (phillip.stano@sutherland.com)
SUTHERLAND
2175 Pennsylvania Ave., NW
Washington, DC 20004-2415
Telephone: (202) 383-0261
Facsimile:  (202) 637-3563

**Attorney for Defendants STEWART TITLE GUARANTY COMPANY AND STEWART TITLE INSURANCE COMPANY**

Samuel R. Miller, Esq. (srmiller@sidley.com)
SIDLEY AUSTIN LLP
555 California St.
San Francisco, CA 94104
Telephone: (415) 772-7447
Facsimile:  (415) 772-7400

.