

```
FILED
8/7/2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                         DEPUTY
```

**Martinez**                                                    **08cv499-L (WMC)**

**-v-**

**Fidelity Nat'l Financial, Inc., et al.**

# STRICKEN DOCUMENT

**7-Unopposed Motion to Transfer Venue**

**7**